UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BIRDSALL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. JAMES, et al.,<br><br>　　　　　Defendants. | 1:14-cv-01738-BAM (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 8) |

　　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 13, 2014, the Court granted Plaintiff leave to proceed in forma pauperis in this action. On December 8, 2014, Plaintiff filed a second application to proceed in forma pauperis. As the Court previously granted Plaintiff leave to proceed in forma pauperis, IT IS HEREBY ORDERED THAT Plaintiff's application of December 8, 2014, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

　　Dated:　**December 18, 2014**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1