# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BIRDSALL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. JAMES,<br><br>　　　　　Defendant. | Case No. 1:14-cv-01738-DAD-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS<br><br>(ECF No. 23)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff William Birdsall ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds on Plaintiff's second amended complaint against Defendant James for violation of Plaintiff's due process rights. (ECF No. 18.)

On October 2, 2017, Defendant James filed a motion to dismiss Plaintiff's second amended complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim on the grounds that Plaintiff's Fourteenth Amendment Due Process claim is Heck-barred. (ECF No. 23.) Plaintiff's opposition was due on or before October 26, 2017. To date, Plaintiff has not filed an opposition. Defendant filed a declaration of counsel in lieu of a reply on October 30, 2017. (ECF No. 28.)

Pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendant's motion within **twenty-one (21) days**. **Plaintiff is**

1

**warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute.**

IT IS SO ORDERED.

   Dated: __**November 3, 2017**__               /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE