# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BIRDSALL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. JAMES,<br><br>　　　　　Defendant. | Case No. 1:14-cv-01738-DAD-BAM (PC)<br><br>ORDER DIRECTING DEFENDANT JAMES TO FILE RESPONSIVE PLEADING<br><br>**TWENTY-ONE (21) DAYDEADLINE** |

Plaintiff William Birdsall ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint asserting a due process violation claim against Defendant James.

On September 5, 2018, the Court denied Defendant's motion to dismiss. (ECF No. 45.) Accordingly, Defendant shall file an answer or other responsive pleading to Plaintiff's second amended complaint within twenty-one (21) days from the date of service of this order.

IT IS SO ORDERED.

　　Dated: __September 6, 2018__　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1