UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| WILLIAM BIRDSALL, Plaintiff, v. D. JAMES, Defendant. | 1:14-cv-01738-DAD-BAM (PC) <br><br> ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **WILLIAM BIRDSALL, CD # V-80187**, PLAINTIFF <br><br> DATE: November 16, 2018 <br> TIME: 10:00 a.m. |
|---|---|

**William Birdsall**, inmate, **CDC #V-80187**, a necessary and material witness on his own behalf in a settlement conference in this case on November 16, 2018, is confined at **California Men's Colony**, Colony Drive, San Luis Obispo, CA 93409, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #9, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on November 16, 2018, at 10:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California Men's Colony**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **October 22, 2018**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

