**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM BIRDSALL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAMES,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-01738-DAD-BAM (PC)<br><br>ORDER THAT INMATE WILLIAM BIRDSALL IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　　Plaintiff William Birdsall is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　A settlement conference in this matter commenced on November 16, 2018. Inmate William Birdsall, CDCR #V-80187, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **November 16, 2018**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE