# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BIRDSALL, | Case No.: 1:14-cv-01738-DAD-BAM (PC) |
| Plaintiff, | |
| v. | ORDER FOLLOWING SETTLEMENT, VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN FOURTEEN (14) DAYS |
| JAMES, | |
| Defendant. | |

Plaintiff William Birdsall is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 16, 2018, this Court conducted a settlement conference, during which the parties reached a settlement agreement, with terms stated on the record.

Accordingly, it is HEREBY ORDERED that:

1. All pending motions, deadlines, and dates in this action are VACATED; and

2. Dispositional documents shall be filed within fourteen (14) days from the date of service of this order.

IT IS SO ORDERED.

Dated: __November 16, 2018__                    _____
                                                UNITED STATES MAGISTRATE JUDGE